UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHNSON, ET. AL.,

                Plaintiffs,

-against-

CITY OF NEW YORK, ET. AL.,
                Defendants.
------------------------------------------------------------X

**REPORT AND RECOMMENDATION**

07-CV-905 (CBA) (JMA)

A P P E A R A N C E S:

Adrian A Ellis
26 Court Street
Suite 1600
Brooklyn, NY 11242
   *Attorney for Plaintiffs*

Amy Nkemka Okereke
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
   *Attorney for Defendants*

**AZRACK, United States Magistrate Judge:**

On September 17, 2008, Judge Amon referred the attached infant compromise order regarding the above-captioned matter to me for Report and Recommendation. I have reviewed the order and respectfully recommend that it be approved.

SO ORDERED.

Dated: November 4, 2008
      Brooklyn, New York

                                        s/Hon. Joan M. Azrack
                                        JOAN M. AZRACK
                                        UNITED STATES MAGISTRATE JUDGE