UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
IN THE MATTER OF THE APPLICATION
OF SABRINA JOHNSON, M/N/G OF
JAHMEL LAWYER A MINOR UNDER THE
AGE OF FOURTEEN YEARS

       Plaintiff(s)   INFANT COMPROMISE ORDER
               Case #: 07 CV 905

  -against-

CITY OF NEW YORK, " JOHN DOES"
(1-10), "JANE DOES" (1-3)
      Defendant(s).
----------------------------------------X

  Upon reading and filing the affidavit of Sabrina Johnson, parent and natural guardian of the infant herein, duly sworn to the on the 29 day of Oct, 2008, the Affirmation of ADRIAN A. ELLIS, Esq., attorney for Plaintiffs, dated the 27th of October, 2008, and the exhibits attached hereto, and it appearing that the infant is now thirteen (13) years old having been born on the September 25, 1995, and the infant, the parent and natural guardian, and the attorney having appeared before me on the 27 day of Oct, 2008 and it appearing that the best interests of the infants will be served, and upon all of the papers, pleadings and proceedings heretofore had herein,

**NOW**, on motion of ADRIAN A. ELLIS, Esq., attorney for the plaintiffs, it is

**ORDERED**, that Sabrina Johnson, as parent and natural guardian of infant plaintiff, Jahmel Lawyer be and hereby is authorized, empowered and directed to compromise and settle the cause of action on behalf of the infant Jahmel Lawyer in the amount of $1,000.00, to be paid by defendants THE CITY OF NEW YORK, " JOHN DOES", (1-10), JANE DOES (1-3).

**ORDERED**, that out of the aforesaid settlement there be paid to Adrian A. Ellis, Esq., of

ADRIAN A. ELLIS, LLC , the attorneys for plaintiffs, in the sum of $333.33 as compensation for their services, fees and disbursements; and it is further

**ORDERED**, that the balance of the settlement, to wit: the sum of $666.67 is directed to be deposited in the Sovereign Bank, located at 498 Columbia Street, Brooklyn New York, 11242 in the name of the parent and natural guardian, jointly with an officer of said bank, to the credit of the infant; and it is further;

**ORDERED**, that said depository wherein the proceeds of such compromise and settlement shall be held, shall pay over all monies held in the account of the infant, upon demand and without further court order, when the infant, Jahmel Lawyer reaches the age of eighteen years, upon presentment of proper proof thereof to such depository; and it is further

**ORDERED**, that no withdrawal shall be made before the infant reaches the age of eighteen without further Order of this Court; and it is further;

**ORDERED**, that the parent and natural guardian be and is hereby authorized to execute the general release in favor of defendants THE CITY OF NEW YORK. , JOHN DOES (1-10), JANE DOES (1-3).

**ORDERED**, that the filing of a bond is hereby dispensed with.

                                           **ENTER**
HON. _s/Hon. Carol B. Amon_
                                                        J.S.C.

11/8/08

